IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT CHAVEZ,

    Petitioner,

v.                                                                 No. 20-cv-0025 JB-JHR

STATE OF NEW MEXICO,

    Respondent.

**ORDER TO CURE DEFICIENCIES**

    This matter is before the Court on Robert Chavez's *pro se* Motion to Toll Time Limit on Federal Habeas Corpus Petition (Doc. 1) (Motion). Chavez is a state prisoner. He initially filed the Motion while he exhausts state remedies. The state docket reflects there are currently no ongoing state habeas proceedings. *See* Docket Sheet in Case No. D-1215-CR-2012-323. The Court will therefore direct Chavez to file his claims on the official § 2254 form within thirty (30) days of entry of this Order. By the same deadline, Chavez must also prepay the $5 habeas filing fee or, alternatively, file a motion to proceed *in forma pauperis*. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. All filings should include civil action number (20-cv-0025 JB-JHR). The failure to timely comply with both directives in this Order will result in dismissal of this action without prejudice and without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Chavez must: (1) file his claims on the official § 2254 form; and (2) prepay the $5 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions for a six-month period.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Chavez, together with a copy of this Order, a blank § 2554 petition and a blank Application to Proceed in District Court Without Prepaying Fees or Costs.

_____
UNITED STATES MAGISTRATE JUDGE